UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STAN BOYETT AND SON INC., as an entity and doing business as "Cruisers #10", DALE J. BOYETT, as an individual and as trustee for the CARL AND CAROLE BOYETT 2003 LIVING TRUST u/a/d DECEMBER 22, 2003, CAROLE P. BOYETT, as an individual and as trustee for the CARL AND CAROLE BOYETT 2003 LIVING TRUST u/a/d DECEMBER 22, 2003 and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No. 1:17-cv-01352-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 10) |

On March 13, 2018, Plaintiff filed a Notice of Voluntary Dismissal, in which Plaintiff notified the Court of the dismissal of this action with prejudice. (Doc. 10.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this action with prejudice pursuant to Federal Rule of

//

Civil Procedure 41(a)(1)(A)(i).  The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:  __**March 14, 2018**__   　　　　　　　_/s/ Sheila K. Oberto_　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE